**FILED**
**MAR 27 2024**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § § vs. § § (1) Reynaldo Garcia-Gonzalez § § Defendant | Case Number: DR:24-M-00838(1) JAC  (Case No.: 5:23-CR-50118 (07)) |

## WAIVER OF REMOVAL HEARING

I, (1) Reynaldo Garcia-Gonzalez, charged with 21 USC 846; and having been arrested in the WESTERN DISTRICT OF TEXAS, DEL RIO Division, and taken before JOSEPH A CORDOVA, a UNITED STATES MAGISTRATE JUDGE for that District, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a warrant for my removal to the United States District Court, DISTRICT OF SOUTH DAKOTA-WESTERN DIVISION , where the aforementioned charge is pending against me.

_____
(1) Reynaldo Garcia-Gonzalez, Defendant

WITNESS:

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE
JUDGE